# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD C. BROWN, | 1:12-cv-00109-LJO-GBC (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |
| v. | |
| K. ALLISON, et al., | Doc. 10 |
| Defendants. | THIRTY DAY DEADLINE |

      On January 26, 2012, Plaintiff Donald C. Brown ("Plaintiff"), a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. On January 30, 2012, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or pay the filing fee within forty-five days. Doc. 3. On March 2, 2012, Plaintiff filed a motion for forty-five (45) day extension of time to file an application to proceed in forma pauperis. Doc. 4. On March 6, 2012, the Court granted Plaintiff's motion for forty-five (45) day extension of time to file an application to proceed in forma pauperis. Doc. 5. On May 4, 2012, the Magistrate Judge issued Findings and Recommendations, recommending dismissal of this action, without prejudice, for failure to submit an application to proceed in forma pauperis or pay the filing fee. Doc. 9. On May 9, 2012, Plaintiff filed a motion for thirty (30) day extension of time to file an application to proceed in forma pauperis. Doc. 10.

//
//
//

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for extension of time to submit an application to proceed in forma pauperis or pay the filing fee is GRANTED;
2. The Clerk's Office shall send Plaintiff an application to proceed in forma pauperis;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action;
4. <u>No further extensions of time will be granted</u>; and
5. **Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

Dated:   May 14, 2012

UNITED STATES MAGISTRATE JUDGE